MICHAEL BAILEY
United States Attorney
District of Arizona

BRIAN E. KASPRZYK
Assistant United States Attorney
Pennsylvania State Bar No. 82701
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: brian.kasprzyk@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

FILED ___ LODGED
RECEIVED ___ COPY

OCT 1 3 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ M DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>        vs.<br><br>Holdinn Anthony DiCamillo,<br><br>                    Defendant. | CR-20-00627-PHX-SPL (JZB)<br><br>**I N D I C T M E N T**<br><br>VIO:    18 U.S.C. § 924(a)(1)(A)<br>(False Statement During Purchase of a Firearm)<br>Counts 1 – 12<br><br>31 U.S.C. § 5324(a)(3) and (d)(1)<br>(Structuring Financial Transactions Through a Financial Institution)<br>Count 13<br><br>18 U.S.C. § 1001<br>(False Statements)<br>Count 14<br><br>18 U.S.C. §§ 924(d) and 981;<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

THE GRAND JURY CHARGES:

## <u>COUNT 1</u>

On or about August 22, 2019, in the District of Arizona, Defendant HOLDINN ANTHONY DICAMILLO knowingly made false statements and representations to

Arizona Firearms and Accessories, located in Tempe, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Arizona Firearms and Accessories, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he resided at 1052 East Clarendon Avenue, Phoenix, Arizona, 85014, whereas in truth and fact, Defendant HOLDINN ANTHONY DICAMILLO knew that he resided at a different address in Arizona.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT 2**

On or about August 23, 2019, in the District of Arizona, Defendant HOLDINN ANTHONY DICAMILLO knowingly made false statements and representations to A.J.I. Sports, located in Apache Junction, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of A.J.I. Sports, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he resided at 1052 East Clarendon Avenue, Phoenix, Arizona, 85014, whereas in truth and fact, Defendant HOLDINN ANTHONY DICAMILLO knew that he resided at a different address in Arizona.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT 3**

On or about August 28, 2019, in the District of Arizona, Defendant HOLDINN ANTHONY DICAMILLO knowingly made false statements and representations to Ammo AZ, located in Phoenix, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Ammo AZ, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and

Explosives Form 4473, Firearms Transaction Record, stating that he resided at 1052 East Clarendon Avenue, Phoenix, Arizona, 85014, whereas in truth and fact, Defendant HOLDINN ANTHONY DICAMILLO knew that he resided at a different address in Arizona.

### COUNT 4

On or about September 12, 2019, in the District of Arizona, Defendant HOLDINN ANTHONY DICAMILLO knowingly made false statements and representations to C2 Tactical, located in Phoenix, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of C2 Tactical, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he resided at 1052 East Clarendon Avenue, Phoenix, Arizona, 85014, whereas in truth and fact, Defendant HOLDINN ANTHONY DICAMILLO knew that he resided at a different address in Arizona.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 5

On or about October 28, 2019, in the District of Arizona, Defendant HOLDINN ANTHONY DICAMILLO knowingly made false statements and representations to Ammo AZ, located in Phoenix, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Ammo AZ, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he resided at 1052 East Clarendon Avenue, Phoenix, Arizona, 85014, whereas in truth and fact, Defendant HOLDINN ANTHONY DICAMILLO knew that he resided at a different address in Arizona.

## COUNT 6

On or about October 29, 2019, in the District of Arizona, Defendant HOLDINN ANTHONY DICAMILLO knowingly made false statements and representations to Arizona Firearms and Accessories, located in Gilbert, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Arizona Firearms and Accessories, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he resided at 1052 East Clarendon Avenue, Phoenix, Arizona, 85014, whereas in truth and fact, Defendant HOLDINN ANTHONY DICAMILLO knew that he resided at a different address in Arizona.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 7

On or about November 2, 2019, in the District of Arizona, Defendant HOLDINN ANTHONY DICAMILLO knowingly made false statements and representations to A.J.I. Sports, located in Apache Junction, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of A.J.I. Sports, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he resided at 1052 East Clarendon Avenue, Phoenix, Arizona, 85014, whereas in truth and fact, Defendant HOLDINN ANTHONY DICAMILLO knew that he resided at a different address in Arizona.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 8

On or about November 6, 2019, in the District of Arizona, Defendant HOLDINN ANTHONY DICAMILLO knowingly made false statements and representations to C2 Tactical, located in Phoenix, Arizona, a business licensed under the provisions of Chapter

- 4 -

44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of C2 Tactical, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he resided at 1052 East Clarendon Avenue, Phoenix, Arizona, 85014, whereas in truth and fact, Defendant HOLDINN ANTHONY DICAMILLO knew that he resided at a different address in Arizona.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 9

On or about November 6, 2019, in the District of Arizona, Defendant HOLDINN ANTHONY DICAMILLO knowingly made false statements and representations to Bear Arms Firearms, located in Scottsdale, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Bear Arms Firearms, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he resided at 1052 East Clarendon Avenue, Phoenix, Arizona, 85014, whereas in truth and fact, Defendant HOLDINN ANTHONY DICAMILLO knew that he resided at a different address in Arizona.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 10

On or about November 6, 2019, in the District of Arizona, Defendant HOLDINN ANTHONY DICAMILLO knowingly made false statements and representations to Tombstone Tactical, located in Phoenix, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Tombstone Tactical, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that

- 5 -

he resided at 1052 East Clarendon Avenue, Phoenix, Arizona, 85014, whereas in truth and fact, Defendant HOLDINN ANTHONY DICAMILLO knew that he resided at a different address in Arizona.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 11

On or about January 17, 2020, in the District of Arizona, Defendant HOLDINN ANTHONY DICAMILLO knowingly made false statements and representations to Ammo AZ, located in Phoenix, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Ammo AZ, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he resided at 5541 East Gable, Avenue, Mesa, Arizona, 85206, whereas in truth and fact, Defendant HOLDINN ANTHONY DICAMILLO knew that he resided at a different address in Arizona.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 12

On or about February 20, 2020, in the District of Arizona, Defendant HOLDINN ANTHONY DICAMILLO knowingly made false statements and representations to Mo Money Pawn, located in Phoenix, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Mo Money Pawn, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that he resided at 5541 East Gable Avenue, Mesa, Arizona, 85206, whereas in truth and fact, Defendant HOLDINN ANTHONY DICAMILLO knew that he resided at a different address in Arizona.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 13

On or about October 28, 2019, in the District of Arizona, Defendant HOLDINN ANTHONY DICAMILLO knowingly, and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, the regulations promulgated thereunder and the reporting and record keeping requirements imposed thereunder, structured the following cash transactions with the United States Postal Service (USPS). USPS is a financial institution.

| Time | USPS Location | Description of Transaction |
|---|---|---|
| Approx. 1456 hrs | XX15 W. Broadway Rd., Mesa, AZ 85202 | Purchased two $1,000 money orders |
| Approx. 1534 hrs | XX44 E. Broadway Rd., Mesa, AZ 85206 | Purchased three $1,000 money orders |
| Approx 1555 hrs | XX16 E. Southern Ave., Mesa, AZ 85209 | Purchased one $1,000 money order |

In violation of Title 31, United States Code, Section 5324(a)(3) and (d)(1).

## COUNT 14

On or about January 17, 2020, in the District of Arizona, Defendant HOLDINN ANTHONY DICAMILLO knowingly and willfully made any materially false, fictitious, and fraudulent statement and misrepresentation in any matter within the jurisdiction of the Government of the United States; to wit, in the course of an investigation by the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, Defendant HOLDINN ANTHONY DICAMILLO misrepresented the facts and circumstances surrounding the purchase of a firearm he purchased on January 17, 2020.

In violation of Title 18, United States Code, Section 1001(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 12 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C.

- 7 -

§ 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 through 12 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable, including but not limited to, the following property involved and used in the offense:

(1) Lancaster Arms rifle, Model MK99, serial number 0019944;

(2) Century Arms rifle, Model RAS47, serial number RAS47032891;

(3) Century Arms rifle, Model VSKA, serial number SV7007586;

(4) Barrett rifle, Model 82A1, serial number AA008218;

(5) Glock pistol, Model G17, serial number BMEN696;

(6) Glock pistol, Model 19 Gen 4, serial number BDBC271;

(7) Barrett rifle, Model 82CQ, serial number AA007913;

(8) Glock pistol, Model 17 Gen 5, serial number BMAE005;

(9) Century Arms rifle, Model RH-10, serial number MA-27570-19;

(10) Riley Defense rifle, Model RAK 47, serial number B 08574;

(11) Glock pistol, Model 17 Gen 5, serial number BMEU491;

(12) Barrett rifle, Model 82A1, serial number AA009602; and

(13) Glock pistol, Model 42, serial number AATV127.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

- 8 -

it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: October 13, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

S/
BRIAN E. KASPRZYK
Assistant U.S. Attorney

- 9 -